1 **Thomas P. Riley, SBN 194706**
**LAW OFFICES OF THOMAS P. RILEY, P.C.**
2 **First Library Square**
**1114 Fremont Avenue**
3 **South Pasadena, CA 91030-3227**

4 **Tel: 626-799-9797**
**Fax: 626-799-9795**
5 **TPRLAW@att.net**

6 **Attorneys for Plaintiff**
**Joe Hand Promotions, Inc.**

7

8 **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
9 **SAN FRANCISCO DIVISION**

10

11 **JOE HAND PROMOTIONS, INC.,**     **Case No.  3:11-cv-02224-EMC**

12      **Plaintiff,**     **PLAINTIFF'S AMENDED *EX PARTE***
**APPLICATION TO EXTEND THE**
13     **SETTLEMENT CONFERENCE**
     **v.**     **DEADLINE; AND ORDER (Proposed)**
14

15 **KENNETH TEDFORD LOONEY, et al.,**

16      **Defendants.**

17

18

19 **TO THE HONORABLE EDWARD M. CHEN, THE HONORABLE DONNA M. RYU,**

20 **THE PARTIES, AND THEIR ATTORNEY/S OF RECORD:**

21      Plaintiff Joe Hand Promotions, Inc., hereby applies *ex parte* to extend the settlement
22 conference deadline from January 6, 2012 to March 6, 2012.

23      1.     This request is necessitated by the fact that Plaintiff's Authorized Representative Mr.
24 Joseph P. Hand, Jr. has a scheduling conflict that same day and Plaintiff's counsel of record is also
25 unavailable. These conflicts are more particularly set forth below.

26      2.     First, is the fact that Plaintiff's Authorized Representative, Mr. Joseph P. Hand, Jr.,
27 President of Joe Hand Promotions, Inc. is unavailable to participate personally at the Settlement
28 Conference presently scheduled for 11:00 AM on Tuesday, January 3, 2012.  Please see Plaintiff's

1    Exhibit 1 attached hereto and made part hereof.

2        3.      Second, Plaintiff's counsel of record, Thomas P. Riley, will be out of town with his

3    family on a pre-paid trip back East to visit family for the holidays. (Please see Plaintiff's Exhibit 2

4    attached hereto and made part hereof).

5        4.      Third, Plaintiff's counsel is also scheduled to appear before Honorable Bernard

6    Zimmerman, Magistrate Judge for the U.S.D.C. for the Northern District of California, San Francisco

7    Division in the matter of *J & J Sports Productions, Inc. v. Sandra Guadalupe Lemus, et al;* Case No.

8    3:10-cv-04170-CRB at 11:00 AM that very same day for an initial settlement conference. For the

9    reasons set forth above, Plaintiff's counsel has made similar arrangements in that particular action as

10   well[1].

11       5.      Finally, as of this writing Defendant Htwoo, LLC has yet to retain legal counsel as was

     specifically ordered by the Honorable Edward M. Chen[2]. In that it is not permissible for an individual

12   defendant to represent the corporate co-defendant Plaintiff respectfully submits that any settlement

13   conference be conducted after the corporate defendant has retained legal counsel as ordered.

14

15       **WHEREFORE**, Plaintiff respectfully requests that this Honorable Court extend the deadline

16   to conduct the Settlement Conference from January 6, 2012 to March 6, 2012.

17

18

19

20                                                   Respectfully submitted,

21

22

23   Dated: December 21, 2011                        */s/ Thomas P. Riley*
                                                     **LAW OFFICES OF THOMAS P. RILEY**
24                                                   By: Thomas P. Riley
                                                     Attorneys for Plaintiff
25                                                   Joe Hand Promotions, Inc.

26

27   [1] The Parties to that particular action have signed a Stipulation to Continue the Settlement Conference and same has been
     filed with the Court.  Please see ECF #48 in that action.
28   [2] On December 2, 2011 the Court conducted hearings on Plaintiff's Motion to Strike Defendants' Answer and
     Affirmative Defenses and Defendants' Motion to Dismiss.  Plaintiff's Motion to Strike was granted and Defendants'
     Motion to Dismiss was denied.  At the same hearing, corporate defendant Htwoo, LLC was afforded 60 days to retain
     counsel.  Please see ECF #26.

# Exhibit 1

# JOE HAND PROMOTIONS INC.

*Celebrating Over 35 Years of Sports Promotion Excellence*

December 15, 2011

Mr. Thomas P. Riley, Esquire
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030

RE:     *Joe Hand Promotions, Inc. v. Looney, et al.; USDC NDCA Case No. CV11-2224*
        *re: Looney' Smokehouse (UFC 113 5/8/10)*

Dear Tom:

I am writing regarding the above-referenced Settlement Conference presently scheduled for Tuesday, January 3, 2012. I will be on a cruise from January 1 through January 8, 2012.

May I ask that the Settlement Conference be rescheduled or vacated.

Thank you very much.

Sincerely,

Joseph P. Hand, Jr.
President

/sk

407 East Pennsylvania Boulevard, Feasterville, PA 19053
(215) 364-9000     Fax (215) 364-5474
www.joehandpromotions.com
Elected to the Pennsylvania Sports Hall of Fame 1992

# Exhibit 2

# Flight: Los Angeles to Philadelphia

**E-Ticket purchase has been confirmed by the airline.** No tickets will be mailed. **Airline check-in locations** require government issued photo ID and may request proof of current date travel (such as a printed copy of this itinerary or a printed receipt) to issue a boarding pass. **Airport security checkpoints** may require you to display both your boarding pass and photo ID before proceeding to the gate, so we recommend that you obtain your boarding pass before proceeding to the security checkpoint.

Expedia itinerary number: **139796082133**
Airline ticket number(s): 0378715961448-452
US Airways confirmation code: FWP512

**Main contact:** Thomas P. Riley
E-mail: tprlaw@mac.com
Cell phone: 1 2139235150
Alternate phone: 1 6267997577

## Traveler and cost summary

| | | |
|---|---|---|
| **Thomas Riley** | Adult | UNITED #00126262884<br>Update Frequent Flyer number(s) |
| **Evangelia Riley** | Adult | UNITED #00126262884<br>Update Frequent Flyer number(s) |
| **Thomas Riley, III** | Adult | Requested: Child Meal<br>UNITED #03090638954<br>Update Frequent Flyer number(s) |
| **Alexxandra Riley** | Adult | Requested: Child Meal<br>UNITED #03120756060<br>Update Frequent Flyer number(s) |
| **Nicolle Riley** | Adult | Requested: Child Meal<br>UNITED #00126262884<br>Update Frequent Flyer number(s) |

Taxes & Fees

Print a receipt       Total (American Express)

## Flight summary

Seat assignments, meal preferences, and special requests must be confirmed with the airline; we cannot guarantee that they will be honored. Free and special meals are not available on many flights.

### Tue 27-Dec-11

**Los Angeles** (LAX)       to  **Philadelphia** (PHL)    2,397 mi         **US Airways**
Depart 11:15 am          Arrive 7:24 pm        (3,858 km)        Flight: **796**
Terminal 1               Terminal B            Duration: 5hr 9mn

Economy/Coach Class ( 26A, 26B, 26E, 26C, 26D ), Food For Purchase, Airbus A321, 60% on time

Total distance: 2,397 mi (3,858 km)                                      Total duration: 5hr 9mn

### Tue 3-Jan-12

**Philadelphia** (PHL)    to  **Los Angeles** (LAX)     2,397 mi         **US Airways**
Depart 5:55 pm           Arrive 9:00 pm         (3,858 km)        Flight: **701**
Terminal B               Terminal 1             Duration: 6hr 5mn

Economy/Coach Class ( 31B, 31C, 31F, 31D, 31E ), Food For Purchase, Airbus A321, 50% on time

Total distance: 2,397 mi (3,858 km)                                      Total duration: 6hr 5mn

## Airline rules & regulations

Tickets are nonrefundable. A fee of $150.00 per ticket will be charged for itinerary changes after

the tickets are issued, provided that the booking rules were followed.
Tickets are nontransferable and name changes are not allowed.
Please read important information regarding airline liability limitations.
Prices do not include Prices do not include baggage fees or other fees charged directly by the
airline.

- Other penalties may apply.
- See an overview of all the rules and restrictions applicable for this fare.
- View the complete penalty rules for changes and cancellations associated with this fare.

## ORDER (Proposed)

1
2
3       **IT IS HEREBY ORDERED** that the Settlement Conference deadline in civil action 3:11-cv-
4   02224-EMC styled *Joe Hand Promotions, Inc. v. Kenneth Tedford Looney, et al.* is hereby continued
5   from January 6, 2012 to March 6, 2012.    The case management conference is reset from
6                                            February 17, 2012 to March 23, 2012 at 10:30
7                                            a.m.  An updated joint CMC statement shall be
8                                            filed by March 16, 2012.

**IT IS SO ORDERED:**

9
10
11
12   _____
13   **THE H〇N〇              ___ HEN**
     **United State**  IT IS SO ORDERED
14   **Northern Di**       AS MODIFIED

Dated:_____

15   ///
16   ///
17   ///   Judge Edward M. Chen
18   ///
19   ///
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

## PROOF OF SERVICE (SERVICE BY FIRST CLASS MAIL)

I declare that:

I am employed in the County of Los Angeles, California.  I am over the age of eighteen years and not a party to the within cause; my business address is 1114 Fremont Avenue, South Pasadena, California 91030.  I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On December 21, 2011, I served:

## PLAINTIFF'S AMENDED *EX PARTE* APPLICATION TO EXTEND THE SETTLEMENT CONFERENCE DEADLINE; AND ORDER (Proposed)

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. Kenneth Tedford Looney (Defendant)
5319 Martin Luther King
Oakland, CA 94609

Htwoo, LLC (Defendant)
5319 Martin Luther King
Oakland, CA 94609

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 21, 2011, at South Pasadena, California.

Dated: December 21, 2011                    */s/ Maria Baird*
                                            **MARIA BAIRD**