**United States District Court**
For the Northern District of California

1
2
3
4                           UNITED STATES DISTRICT COURT
5                          NORTHERN DISTRICT OF CALIFORNIA
6
7    JOE HAND PROMOTIONS, INC                No. C-11-02224 YGR (DMR)
8              Plaintiff(s),                 **ORDER VACATING SETTLEMENT**
                                             **CONFERENCE**
9         v.
10   KENNETH TEDFORD LOONEY
11             Defendant(s).
12   _____/
13   TO ALL PARTIES AND COUNSEL OF RECORD:
14          The parties to this matter have advised the court that they have agreed to a settlement.
15   Therefore, you are hereby notified that the Settlement Conference set for **February 3, 2012 at 10:00**
16   **a.m.** before the Honorable Donna M. Ryu is VACATED.
17
18   Dated:  January 30, 2012
19                                           _____
20                                           DONNA M. RYU
                                             United States Magistrate Judge
21
22
23
24
25
26
27
28