**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOE HAND PROMOTIONS, INC                   No. C-11-02224 YGR (DMR)

   Plaintiff(s),                    **ORDER VACATING SETTLEMENT CONFERENCE**

 v.

KENNETH TEDFORD LOONEY

   Defendant(s).
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

   The parties to this matter have advised the court that they have agreed to a settlement. Therefore, you are hereby notified that the Settlement Conference set for **February 3, 2012 at 10:00 a.m.** before the Honorable Donna M. Ryu is VACATED.

Dated: January 30, 2012

_____
DONNA M. RYU
United States Magistrate Judge