UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Joe Hand Promotions, Inc.,

    Plaintiff,

vs.

Kenneth Tedford Looney *et al.*,

    Defendants.

Case No.: C-11-02224-YGR

**Order Denying Request For Judicial Notice**

    1.    The parties' agreement to settle is not subject to judicial notice. Therefore, Plaintiff's Request for Judicial Notice of Settlement is DENIED.

    2.    The Court understands, based upon the representations in the Request for Judicial Notice, that the above-captioned case has settled. The Court will not vacate the trial dates unless and until the parties file a notice of settlement.

**IT IS SO ORDERED**.

January 30, 2012

                                        _____
                                        YVONNE GONZALEZ ROGERS
                                        UNITED STATES DISTRICT JUDGE